IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0048

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

CHRISTIAN NYANFORE,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including February 8, 2021, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 8 2020